[No. 30369-4-I.    Division One.    December 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
LOREN LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07389-7, Ricardo S. Martinez, J., entered
March 19, 1994. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis, C.J., and Scholfield, J.

[Nos. 29244-7-I; 29257-9-I.    Division One.    December 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE
JEAN SHUMWAY, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 91-1-01219-5, Frank L. Sullivan, J., entered
September 27, 1991. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Baker, A.C.J., and Kennedy, J.

[No. 30952-8-I.    Division One.    December 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
ROBERT COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00907-9, James H. Allendoerfer, J.,
entered May 28, 1992. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker, A.C.J., and Agid, J.